| | |
|---|---|
| 1 | STEVEN G. KALAR |
|  | Federal Public Defender |
| 2 | ROBERT M. CARLIN |
|  | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|  | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
|  | E-mail: westcliff3@gmail.com |
| 5 |  |
|  | Counsel for Defendant |
| 6 | RAYMUNDO VALERIO-RESENDIZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 13-00123-EJD |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE; [XXXXXXXX] ORDER |
| RAYMUNDO VALERIO-RESENDIZ, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant RAYMUNDO VALERIO-RESENDIZ ("Mr. Valerio"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from April 29 to May 6, 2013, at 1:30 p.m.

1. Mr. Valerio has been charged in a single count Information, which was filed on February 27, 2013, with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for April 29, 2013, at 1:30 p.m.

3. Counsel and Mr. Valerio need additional time to review the discovery provided by the government. Also, government counsel is scheduled to be out of town on April 29.

4. Mr. Valerio respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from April 29 to May 6, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued to May 6, 2013, at 1:30 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: April 11, 2013
/S/_____
ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

Dated: April 11, 2013
/S/_____
MEREDITH EDWARDS
Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: westcliff3@gmail.com

Counsel for Defendant
JOSE MONDRAGON-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMUNDO VALERIO-RESENDIZ,<br><br>Defendant. | No. CR 13-00123-EJD<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |

**[PROPOSED] ORDER**

1. Mr. Valerio has been charged in a single count Information, which was filed on February 27, 2013, with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for April 29, 2013, at 1:30 p.m.

3. Counsel and Mr. Valerio need additional time to review the discovery provided by the government. Also, government counsel is scheduled to be out of town on April 29.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

///

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
CASE NO. 13-00123-EJD                3

18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from April 29 to May 6, 2013, is excluded pursuant to section § 3161 (h)(7)(A).

    5. The status hearing in this matter shall be continued to May 6, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 4/11/2013

HON. EDWARD J. DAVILA
United States District Judge